FILED US District Court-UT
MAY 25 '22 PM01:39

TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC AVALOS,<br><br>Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>Count I: 18 U.S.C. § 751(a), Escape. |

Case: 2:22-cr-00183
Assigned To : Kimball, Dale A.
Assign. Date : 5/24/2022

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 751(a)
(Escape)

On or about May 7, 2022, in the District of Utah,

ISAAC AVALOS,

defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, which custody was by virtue of a conviction in the United States District Court for the District of Utah for the offense of Possession of a Firearm in

Furtherance of a Drug Trafficking Crime, a violation of 18 U.S.C. § 924(c); all in violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CAROL A. DAIN
Assistant United States Attorney